# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Strike 3 Holdings, LLC

                Plaintiff,

v.                                             Case No.: 1:21−cv−04963

                                                 Honorable Robert M. Dow Jr.

John Doe infringer identified as using IP address 98.193.12.11

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 24, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Joint motion for protective order allowing Defendant to proceed under a pseudonym [19] is granted. If the Court becomes aware of Seventh Circuit authority casting any doubt on the propriety of this protective order, it will notify counsel and permit hearing and argument on the matter before taking any action to lift the protective order. For now, and until any further order of the Court, Defendant may proceed under a pseudonym based on the authority cited previously in the case [see 5]. Notice of motion date of 1/25/2022 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.