## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Strike 3 Holdings, LLC

                            Plaintiff,

v.                                         Case No.: 1:21−cv−04963
                                         Honorable Robert M. Dow Jr.

John Doe infringer identified as using IP address 98.193.12.11

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 1, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's motion to strike counterclaim [24] is taken under advisement. If the case has not settled by the 3/8/2022 deadline for parties to file joint status report [see 23], parties should include an agreed briefing schedule on this motion in their joint status report, along with a proposed discovery plan. Notice of motion date of 3/3/2022 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.