# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, subscriber assigned IP ) <br> address 98.193.12.11, ) <br> ) <br> Defendant. ) <br> JOHN DOE, subscriber assigned IP ) <br> address 98.193.12.11, ) <br> ) <br> Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Counter-Defendant. ) | Case No.: 1:21-cv-04963 <br><br> Honorable Robert M. Dow, Jr. |

## PLAINTIFF/COUNTER-DEFENDANT'S NOTICE OF SETTLEMENT WITH DEFENDANT/COUNTER-PLAINTIFF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff/Counter-Defendant, Strike 3 Holdings, LLC, has settled this matter with Defendant/Counter-Plaintiff, John Doe subscriber assigned IP address 98.193.12.11 through Defendant/Counter-Plaintiff's counsel, Jeffrey S. Vollen, Esq. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant/Counter-Plaintiff still has executory obligations, Plaintiff/Counter-Defendant will dismiss this action with prejudice.

Dated: March 7, 2022

Respectfully submitted,

CLARK HILL PLC

By: /s/ *Samuel J. Tallman*
Samuel J. Tallman
Clark Hill PLC
130 East Randolph Street, Suite 3900
Chicago, IL 60601
(312) 517-7515
Email: stallman@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Samuel J. Tallman*
Samuel J. Tallman